IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

DEMARIO DONTEZ WALKER                                                    PLAINTIFF

VERSUS                                           CIVIL ACTION NO.3:04cv140 TSL-JCS

STATE OF MISSISSIPPI, ET AL.                                            DEFENDANTS

======================================================================

## ORDER

This cause is before the court on the objections of plaintiff Demario Dontez Walker to the magistrate judge's report and recommendation entered on July 14, 2009. Having reviewed plaintiff's submission, the court now concludes that plaintiff's objections are without merit and hereby adopts, as its own opinion, the magistrate judge's report and recommendation.

Based on the foregoing, it is ordered that the report and recommendation of United States Magistrate Judge James C. Sumner entered on or about July 14, 2009, be, and the same is hereby adopted as the finding of this court, and plaintiff's "Motion to Clarify Order and Amend and Rule 60(b)(6)" is hereby denied.

SO ORDERED this the 27th day of August, 2009.

                                                    /s/Tom S. Lee
                                                    UNITED STATES DISTRICT JUDGE